# United States District Court

## District of the Northern Mariana Islands

FILED
Clerk
District Court

MAY 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Cristeta L. Santos

Plaintiff

V.

Winners Corp.

Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: CV 08 – 0023

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

[X] GRANTED.

  [X] The clerk is directed to file the complaint.

  [X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

_____

ENTER this __12TH__ day of __MAY__, __2008__.

_____
Signature of Judicial Officer

Alex R. Munson, Chief Judge
Name and Title of Judicial Officer