# United States District Court

## District of the Northern Mariana Islands

Cristeta L. Santos

V.

Winners Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 - 0023

FILED
Clerk
District Court

JUN 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of Defendant)

Winners Corp.
Sps 955, P.O. Box 10006, MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Attorney Stephen C. Woodruff
2/F Hill Law Office Bldg., Susupe
P.O. Box 500770
Saipan, MP 96950
Tel: 235-3872

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

MAR 13 2008

US MARSHALS SERVICE-CNMI

Galo L. Perez
CLERK

(By) DEPUTY CLERK

DATE  MAY 12 2008

AO 440    (Rev. 08/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6-12-08 |
| NAME OF SERVER (PRINT) Ray Rengulul | TITLE District Security Officer |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Failed to provide USM 285 & Contract info for service to include a map

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___N/A___
           Date

Signature of Server

Address of Server: USMS D/NMI  PO Box 500570  Saipan MP 96950

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Cristeta L. Santos | **COURT CASE NUMBER** CV-08-0023 |
| **DEFENDANT** Winners Corp. | **TYPE OF PROCESS** Civil - Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Winners Corp.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SPS 955 P.O. Box 10006, MP 96950

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Attorney Stephen C. Woodruff
2/F Hill Law Office Bldg. Susupe
P.O. Box 500770, Saipan MP 96950
Tel: 235-3872

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

FILED
Clerk
District Court

JUN 12 2008

For The Northern Mariana Islands
By _____ (Deputy Clerk)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT  TELEPHONE NUMBER  DATE

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 01 | District of Origin No. 05 | District to Serve No. 05 | Signature of Authorized USMS Deputy or Clerk  CN USM #305C | Date 6/12/08 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above) | Date of Service | Time am/pm

Signature of U.S. Marshal or Deputy
USM 8841

| Service Fee N/A | Total Mileage Charges (including endeavors) N/A | Forwarding Fee N/A | Total Charges 0.00 | Advance Deposits 0.00 | Amount owed to U.S. Marshal or 0.00 | Amount of Refund 0.00 |
|---|---|---|---|---|---|---|

REMARKS: Order to proceed without prepayment of fees. Failed to provide USM 285 & contact information for service to include map.

PRIOR EDITIONS MAY BE USED         **1. CLERK OF THE COURT**         FORM USM-285 (Rev. 12/15/80)